```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000391
Cashier ID: cstrecke
Transaction Date: 09/11/2007
Payer Name: JULIA TUTWILER PRISON
--------------------------------
PLRA CIVIL FILING FEE
 For: EVA LENE YOUNG
 Case/Party: D-ALM-2-03-CV-000109-001
 Amount:         $12.00
--------------------------------
CHECK
 Remitter: JULIA TUTWILER PRISON
 Check/Money Order Num: 29633
 Amt Tendered: $12.00
--------------------------------
Total Due:       $12.00
Total Tendered: $12.00
Change Amt:      $0.00
```

DALM203CV000109-WHA

EVA LENE YOUNG

JULIA TUTWILER PRISON

8966 HWY 231 NORTH

WETUMPKA, AL  36092-5343

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000380
Cashier ID: cstrecke
Transaction Date: 09/10/2007
Payer Name: HARE CLEMENT AND DUCK PC
------------------------------------
CIVIL FILING FEE
 For: HARE CLEMENT AND DUCK PC
 Case/Party: D-ALM-2-07-CV-000809-001
 Amount:        $350.00
------------------------------------
CHECK
 Remitter: HARE CLEMENT AND DUCK PC
 Check/Money Order Num: 16692
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

DALM207CV000809-MHT

HARE CLEMENT AND DUCK PC

505 20TH STREET NORTH

SUITE 1010 FINANCIAL CENTER

BIRMINGHAM, AL  35203