**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style:**  Nationwide Property and Casualty Company v. Lacayo et al

**Case Number:**   2:07-cv-00809-MHT

**Referenced Pleading: Receipt  - Doc. 2**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000380
Cashier ID: cstrecke
Transaction Date: 09/10/2007
Payer Name: HARE CLEMENT AND DUCK PC
-----------------------------------
CIVIL FILING FEE
 For: HARE CLEMENT AND DUCK PC
 Case/Party: D-ALM-2-07-CV-000809-001
 Amount:      $350.00
-----------------------------------
CHECK
 Remitter: HARE CLEMENT AND DUCK PC
 Check/Money Order Num: 16692
 Amt Tendered: $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

DALM207CV000809-MHT

HARE CLEMENT AND DUCK PC

505 20TH STREET NORTH

SUITE 1010 FINANCIAL CENTER

BIRMINGHAM, AL  35203