# In the United States District Court
# For the MIDDLE District of Alabama
## NORTHERN DIVISION

NATIONWIDE PROPERTY AND CASUALTY COMPANY )
)
)
)
Plaintiff, )
)
)
VS )
) CIVIL ACTION NUMBER
) 2:07cv809-MHT
Leo Lacayo and M.F., a minor, by and through )
her parents and Next Friend, Vicki Flowers )
)

**REQUEST FOR SERVICE BY REGISTERED CERTIFIED MAIL**

Please serve the defendant(s) <u>Leo Lacayo and McKayla Flowers, a minor, by and through her Parent and Next Friend, Vicki Flowers</u> by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

_____
Signature of Attorney