**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McKayla Flowers
c/o Ms. Vicki Flowers
3527 Edgefield Road
Montgomery, AL  36111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Vicki Flowers
C. Date of Delivery: 9-14-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   07CV809
   S+C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0003 2099 7810

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540