

Debra P. Hackett, Clerk
Clerk of Court
U. S. District Court
P.O. Box 711
Montgomery, AL  36101-0711

RESTRICTED

7005 1820 0002 0051 2480

RECEIVED

UNCLAIMED

# In the United States District Court
# For the MIDDLE District of Alabama
### NORTHERN DIVISION

NATIONWIDE PROPERTY AND CASUALTY COMPANY

<u>SUMMONS</u>

Plaintiff(s)

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

vs.

Leo Lacayo and M.F., a minor, by and through her parents and Next Friend, Vicki Flowers

Defendant(s)

CIVIL ACTION CASE NUMBER:

*2:07cv809-MHT*

TO DEFENDANT <u>LEO LACAYO, 3106 BRENTWOOD DRIVE, MONTGOMERY, ALABAMA 36111</u>
(Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):

<u>KORI L. CLEMENT, ESQUIRE, HARE, CLEMENT & DUCK, P.C., 505 20th STREET NORTH, SUITE 1010,</u>
(Name and Address)
<u>FINANCIAL CENTER, BIRMINGHAM, ALABAMA 35203</u>

a response to the complaint which is herewith served upon you, within ___30___ days af
service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO
JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.
A signed copy of your response MUST also be filed with the court.

*Debra P. Hackett,* *Clerk*

DATE: *9/12/07*

By: *Von Austin*

<u>SEE REVERSE SIDE FOR RETURN</u>

Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

Debra P. Hackett, Clerk
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL  36101-0711