IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:07-CV-809-MHT ) |
| LEO LACAYO and M. F., a minor, by and through her Parent and Next Friend, Vicki Flowers, | ) ) ) ) ) |
| Defendants. | ) ) |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4 of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Nationwide Property and Casualty Company, defendant in the above captioned action, certifies that its parent corporation is Nationwide Mutual Insurance Company. Nationwide Mutual Insurance Company is an Ohio mutual insurance company and is owned entirely by its policyholders and, as such, no stock is held publicly. Nationwide Property and Casualty Company does not have any affiliates or subsidiaries.

                                                        Respectfully submitted,

                                                        /s/ Kori L. Clement
                                                        Kori L. Clement (CLEMK5125)
                                                        Attorney for Plaintiff

-2-

OF COUNSEL:
HARE, CLEMENT & DUCK, P.C.
505 North 20th Street
Suite 1010, Financial Center
Birmingham, Alabama 35203
Telephone: (205) 322-3040
Facsimile:  (205) 322-5577
E-mail: clem@harelaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document has been served upon counsel of record by placing a copy of same in the United States Mail, properly addressed and postage affixed, this the 8th day of October, 2007, as follows:

Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111

M. Wayne Sabel, Esquire
Mark Sabel, Esquire
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106

                                                /s/Kori L. Clement
                                                OF COUNSEL