# In the United States District Court
# For the MIDDLE District of Alabama
### NORTHERN DIVISION

NATIONWIDE PROPERTY AND CASUALTY COMPANY

                          Plaintiff(s)

vs.

Leo Lacayo and M.F., a minor, by and through her parents and Next Friend, Vicki Flowers

                                 s)

ALIAS
**SUMMONS**

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

CIVIL ACTION CASE NUMBER:

2:07-CV-809-MHT

TO DEFENDANT  LEO LACAYO, 3106 BRENTWOOD DRIVE, MONTGOMERY, ALABAMA 36111
                              (Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):

KORI L. CLEMENT, ESQUIRE, HARE, CLEMENT & DUCK, P.C., 505 20th STREET NORTH, SUITE 1010,
                            (Name and Address)
FINANCIAL CENTER, BIRMINGHAM, ALABAMA 35203

a response to the complaint which is herewith served upon you, within ~~30~~ 20 days af service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 10-15-07

*Debra P. Hackett*

By: (signature)

Deputy Clerk

(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

NOTE:  A separate summons must be prepared for each defendant.

Debra P. Hackett, Clerk
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL  36101-0711

SCANNED
KR 10/15/07