IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEO LACAYO and )<br>M. F., a minor, )<br>by and through her Parent and Next )<br>Friend, Vicki Flowers, )<br>)<br>Defendants. ) | Civil Action No. 2:07-CV-809-MHT |

## PROOF OF SERVICE

COMES NOW the plaintiff Nationwide Property and Casualty Company, by and through counsel, and files this Proof of Service, evidencing that the defendant Leo Lacayo was served with the Summons and Complaint, and proof of service is attached hereto. Specifically, Defendant Leo Lacayo was personally served with a Summons and Complaint on October 20, 2007. A copy of the executed Return on Service of Writ is attached hereto as Exhibit 1.

Respectfully submitted,

/s/ Kori L. Clement
Kori L. Clement (CLEMK5125)
Attorney for Plaintiff Nationwide
Property and Casualty Company

OF COUNSEL:
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, AL 35203
Telephone: (205) 322-3040
Facsimile: (205) 322-5577
E-mail: clem@harelaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing document has been served upon counsel of record by placing a copy of same in the United States Mail, properly addressed and postage affixed, this the 29th day of October, 2007, as follows:

Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111

M. Wayne Sabel, Esquire
Mark Sabel, Esquire
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106

            /s/Kori L. Clement
            OF COUNSEL

EXHIBIT 1

# In the United States District Court
# For the MIDDLE District of Alabama
## NORTHERN DIVISION

NATIONWIDE PROPERTY AND CASUALTY COMPANY

ALIAS
**SUMMONS**

Plaintiff(s)

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

vs.

CIVIL ACTION CASE NUMBER:

Leo Lacayo and M.F., a minor, by and through her parents and Next Friend, Vicki Flowers

2:07-CV-809-MHT

s)

TO DEFENDANT  LEO LACAYO, 3106 BRENTWOOD DRIVE, MONTGOMERY, ALABAMA 36111
(Name and Address)

You are hereby summoned and required to serve upon plaintiff's attorney(s):

KORI L. CLEMENT, ESQUIRE, HARE, CLEMENT & DUCK, P.C., 505 20th STREET NORTH, SUITE 1010,
(Name and Address)
FINANCIAL CENTER, BIRMINGHAM, ALABAMA 35203

a response to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

*Debra P. Hackett*

DATE: Oct 15, 2007

By: _____
Deputy Clerk

(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

NOTE: A separate summons must be prepared for each defendant.

Debra P. Hackett, Clerk
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL  36101-0711

TOTAL P.04

I hereby certify and return that on the __20__ day of __OCTOBER__, ~~19~~ 2007, served this summons together with the complaint as follows:

[✓] By personal service on the defendant at __3106 Brentwood Dr. Montgomery AL.__

[ ] By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

[ ] By serving an officer, a managing or general agent, or any other agent authoriz by appointment or by law to receive service of process of the defendant corpora partnership, or unincorporated association. (Give name, capacity and address o person served.)

_____

_____

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__10-20-07__                              __[signature]__
Date                                Authorized or Specially Appointed Process Server


I hereby certify and return this _____ day of _____, 19___, that I unable to locate the individual, company, corporation, etc. named in this summons.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____                      _____
Date                                Authorized or Specially Appointed Process Server


ts of Service:  Service fee:                                $_____
                Expenses: _____ miles @ _____ cents       $_____
                                              TOTAL:        $_____

FPI-LEX 2/91