In the United States District Court
For the Middle District of Alabama
Northern Division

RECEIVED
2007 NOV -2  A 9: 46

NATIONWIDE PROPERTY AND
CASUALTY COMPANY,

    PLAINTIFF,

V.

LEO LACAYO and
M.F., a minor,
by and through her Parent
and Next Friend, Vicki Flowers,

    Defendants

Civil Action No.
2:07-CV-809-MHT

## Response to Complaint

In response to that which was recieved, I, Leo Lacayo, am in question of and don't clearly understand statement in #12, also this incident was provoked and <u>not</u> reported to Nationwide for claim purposes, because their was no need. Also, concerning #16, after reporting this incident to my agent, he assured me that I was fully covered and no worries in this situation.

*[signature]*     11/2/07

3106 Brentwood Dr.
Montgomery, AL 36111
334-288-9435

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Leocadio Lacayo, do hereby Certify that a true and correct copy of the foregoing has been furnished by myself (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd day of November 2007, to:

Kori L. Clement, Esquire, Hare, Clement & Duck, PC., 505 20th Street North, Suite 1010 Financial Center, Birmingham, AL 35203

11/2/07
Date

Signature