IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:07-CV-809-MHT ) |
| LEO LACAYO and M. F., a minor, by and through her Parent and Next Friend, Vicki Flowers, | ) ) ) ) ) ) |
| Defendants. | ) |

### MOTION FOR ADDITIONAL TIME TO COMPLY WITH THE FILING DEADLINE FOR REPORT OF PARTIES PLANNING MEETING

COMES NOW the plaintiff, Nationwide Property and Casualty Company and respectfully requests that the Court enter an Order allowing additional time for the parties to file a report of parties planning meeting. In support of said motion, plaintiff states as follows:

1. The defendant, Leo Lacoyo was only recently served with the Summons and Complaint. Mr. Lacoyo who is pro se, and filed his answer on or about November 2, 2007.

2. Although the plaintiff has diligently attempted to schedule a parties planning meeting, a consensus has not been reached and the meeting has not yet been held. One of the defendants is pro se and it has been difficult making contact with him.

3. The undersigned requests an additional 14 days in order to comply with this Court's Order and hold the requested parties planning meeting.

        Respectfully submitted,


        /s/ Kori L. Clement
        Kori L. Clement (CLEMK5125)
        Attorney for Plaintiff

OF COUNSEL:
HARE, CLEMENT & DUCK, P.C.
505 North 20th Street
Suite 1010, Financial Center
Birmingham, Alabama 35203
Telephone: (205) 322-3040
Facsimile: (205) 322-5577
E-mail: clem@harelaw.com


## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record by placing a copy of same in the United States Mail, properly addressed and postage affixed, this the 4th day of December, 2007, as follows:

Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111

M. Wayne Sabel, Esquire
Mark Sabel, Esquire
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106

        /s/Kori L. Clement
        OF COUNSEL