IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07cv809-MHT |
| LEO LACAYO and M.F., a minor, by and through her parent and next friend, Vicki Flowers, | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED as follows:

(1) The motion for additional time (Doc. No. 19) is granted.

(2) The parties are allowed until December 19, 2007, to file their rule 26(f) report.

DONE, this the 5th day of December, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE