**SAMPLE NOTICE FORMAT**

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT** A **screen-fillable** Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION _____

RECEIVED
2008 JAN -2 P 1:20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

NATIONWIDE Property and Casualty Company )
Plaintiff, )
)
v. )    CASE NO. 2:07-cv-00809-MHT
)
Leo Lacayo, and M.F. _____, )
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _____, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____                      _____
_____                      _____
_____                      _____

12/20/07
Date

Signature
Counsel
Counsel for (print names of all parties)
3106 BRENTWOOD DR. MONT, AL 36111
Address, City, State Zip Code
334-288-9435
Telephone Number

Also requires a certificate of Service

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

### CERTIFICATE OF SERVICE

I, Leocadio D. Lacayo III, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd day of January 2008, to:

Kori Clement Hare, Clement & Duck, PC
505 20th St. North Suite 1010, Financial Ctr. Birmingham, AL 35203

Mark Sabel, Jr   Sabel and Sabel, P.C.
2800 Zelda Road, Suite 100-5, Mont, AL 36106

____1/2/08____                    _____[signature]_____
Date                              Signature

3106 Brentwood Dr.
Mont, AL 36111