IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, ) ) ) Plaintiff, ) ) v. ) ) LEO LACAYO and ) M.F., a minor, by and through her ) Parent and Next Friend, Vicki Flowers, ) ) Defendants. ) | Civil Action No.: 2:07 CV 809-MHT |

## AMENDED ANSWER

COMES NOW M.F., a minor, by and through her Parent and Next Friend, Vicki Flowers (hereinafter "Defendant") and responds to Plaintiff's "Amended Complaint for Declaratory Judgment," which due to a processing error in the Clerk's Office was not timely served on this Defendant. Defendant submits the following:

## PARTIES

1. Defendant is without sufficient information to admit or deny, and the assertions are therefore denied.

2. Admitted.

3. Admitted, except that Defendant does not admit she always lives with her parent.

## JURISDICTION & VENUE

4. The assertion does not call for a response.

5. This assertion does not call for a response.

6. Admitted.

7.     Admitted.

8.     Admitted that the amount in controversy exceeds $75,000.00, but Defendant does not admit, and therefore denies, that the amount is properly pled.

9.     Denied.

## FACTUAL BACKGROUND

10.     Defendant admits that Nationwide is obligated to provide coverage. Defendant has not been provided a copy of said policy and so Defendant can neither admit nor deny the remaining assertions.

11.     Defendant admits she was attacked by a pet dog and suffered injuries, but denies that such injuries are solely attributable to the animal. The remaining allegations are unknown to Defendant and call for no further response from the Defendant.

12.     Defendant possesses insufficient information to either admit or deny these allegations and therefore demands strict proof thereof.

13.     Defendant possesses insufficient information to either admit or deny these allegations and therefore demands strict proof thereof.

14.     Defendant possesses insufficient information to either admit or deny these allegations and therefore demands strict proof thereof.

15.     Defendant possesses insufficient information to either admit or deny these allegations and therefore demands strict proof thereof.

16.     Defendant possesses insufficient information to either admit or deny these allegations and therefore demands strict proof thereof. Defendant has not been provided a copy of the policy.

## CLAIMS FOR RELIEF

17.     Denied.

18.     Defendant is not called upon to admit or deny the self-serving assertions of this paragraph, but otherwise denies the allegations and demands strict proof thereof.

19.     Defendant is not called upon to admit or deny this paragraph.

20. Defendant denies Nationwide is entitled to any relief.

## **AFFIRMATIVE DEFENSES**

1. Nationwide has breached its contract of insurance and acts in bad faith.

2. Plaintiff failed to state a claim upon which relief can be granted.

3. This case should be stayed, or the Court should abstain, pending the filing of a complaint in state court by Defendant M.F.

4. Any policy ambiguities must be construed against Plaintiff.

5. The Court lacks jurisdiction.

6. The claim in not ripe.

7. The claim in not justifiable.

8. The claim is void as against public policy.

Defendant seeks costs and attorney's fees in defending this action.

Respectfully submitted this the 23rd day of January, 2008.

/s/ M. Wayne Sabel
M. Wayne Sabel (SAB 002)

/s/ Mark Sabel
Mark Sabel (SAB 004)
Attorneys for Defendant

**OF COUNSEL:**

**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road, Ste. 100-5
Montgomery, Alabama 36106
Telephone:   (334) 271-2770
Facsimile:    (334) 277-2882

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the following counsel of record by the Federal Electronic System and by placing a copy of same in the United States Mail, postage prepaid and properly addressed to Defendant Lacayo, this 23rd day of January, 2008:

Kori L. Clement, Esq.
Attorney for Plaintiff, Nationwide Property
  And Casualty Company
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
clem@harelaw.com


Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111


/s/ Mark Sabel
Mark Sabel