IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LEO LACAYO and  )<br>M.F., a minor, by and through her  )<br>Parent and Next Friend, Vicki Flowers,  )<br>)<br>Defendants.  ) | Civil Action No.:<br>2:07 CV 809-MHT |

**DEFENDANT M.F.'S CONFLICT DISCLOSURE**

COMES NOW M.F., a minor, by and through her Parent and Next Friend, Vicki Flowers (hereinafter "Defendant") and states the following in accordance with the Order of this Court (Civil Misc. No 00-3047, June 12, 2007), rendering reportable the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities:

This party is an individual and there are no reportable entities.

Respectfully submitted this the 25th day of January, 2008.

/s/ M. Wayne Sabel
M. Wayne Sabel (SAB 002)

/s/ Mark Sabel
Mark Sabel (SAB 004)
Attorneys for Defendant

1

**OF COUNSEL:**

**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road, Ste. 100-5
Montgomery, Alabama 36106
Telephone:    (334) 271-2770
Facsimile:    (334) 277-2882

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following counsel of record by the Federal Electronic System and by placing a copy of same in the United States Mail, postage prepaid and properly addressed to Defendant Lacayo, this 25th day of January, 2008:

Kori L. Clement, Esq.
Attorney for Plaintiff, Nationwide Property
   And Casualty Company
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
clem@harelaw.com


Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111


/s/ Mark Sabel
Mark Sabel