IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv809-MHT |
| ) | |
| LEO LACAYO and M.F., a minor, by and through her parent and next friend, Vicki Flowers, ) ) ) ) ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 27) is set for submission, without oral argument, on March 14, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 22nd day of February, 2008.

　　　　　　　　　　　　　　   /s/ Myron H. Thompson   
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE