IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND ) <br> CASUALTY COMPANY, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEO LACAYO and ) <br> M.F., a minor, by and through her ) <br> Parent and Next Friend, Vicki Flowers, ) <br> ) <br>     Defendants. ) | Civil Action No.: <br> 2:07 CV 809-MHT |

**UNOPPOSED MOTION OF FLOWERS' DEFENDANTS TO EXTEND TIME TO REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW M.F., a minor, by and through her Parent and Next Friend, Vicki Flowers (hereinafter "Flowers Defendants"), and respectfully requests this Court to extend the time allowed to respond to Plaintiff Nationwide's motion for summary judgment. As grounds, the Flowers Defendants state:

1. This matter has been discussed with counsel for Plaintiff and Plaintiff Nationwide consents to this motion to extend.

2. The response is presently due March 14th, although the dispositive motion deadline is not until May 2008. There will be no disruptions in the Court's schedule by granting this motion and granting this extension will in no way affect or require alteration of the Court's Scheduling Order.

3. The Flowers' Defendants need additional time to place their arguments before the Court and provide a brief more helpful to the Court.

1

4. The Flowers' Defendants' request a two week extension of time, which has been consented to and which will prejudice no one.

WHEREFORE, the Flowers' Defendants request the Court grant a two week unopposed extension of time to respond to Plaintiff's motion for summary judgment.

Respectfully submitted this the 14th day of March, 2008.

/s/ M. Wayne Sabel
M. Wayne Sabel (SAB 002)

/s/ Mark Sabel
Mark Sabel (SAB 004)
Attorneys for Defendant

**OF COUNSEL:**

**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road, Ste. 100-5
Montgomery, Alabama 36106
Telephone: (334) 271-2770
Facsimile: (334) 277-2882

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the following counsel of record by the Federal Electronic System and by placing a copy of same in the United States Mail, postage prepaid and properly addressed to Defendant Lacayo, this 14th day of March, 2008:

Kori L. Clement, Esq.
Attorney for Plaintiff, Nationwide Property
  And Casualty Company
HARE, CLEMENT & DUCK, P.C.

505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
clem@harelaw.com


Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111


         /s/ M.Wayne Sabel
         M. Wayne Sabel