IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

NATIONWIDE PROPERTY AND )
CASUALTY COMPANY, )
)
    Plaintiff, )
) CIVIL ACTION NO.
    v. ) 2:07cv809-MHT
)
LEO LACAYO and M.F., a )
minor, by and through her )
parent and next friend, )
Vicki Flowers, )
)
    Defendants. )

ORDER

It is ORDERED that the motion to extend time (Doc. No. 31) is granted as requested.

DONE, this the 19th day of March, 2008.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE