IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 2:07-CV-809-MHT |
| LEO LACAYO and M. F., a minor, by and through her Parent and Next Friend, Vicki Flowers, ) ) ) ) ) | |
| Defendants. ) | |

### WITNESS AND EXHIBIT LIST

COMES NOW, Nationwide Property and Casualty Company (hereinafter "Nationwide"), and states that it may call the following witnesses and may utilize the following exhibits at the trial of the above-styled action;

### WITNESSES

1. Corporate Representative of Nationwide Property and Casualty Company.

2. Leo Lacayo.

3. Vicki Flowers.

4. M.F., a minor.

5. Barbara Flowers.

6. Carolyn Stanley.

7. Officer J.M. Wilson, Montgomery Police Department.

8. ACO C.T. Tolliver, Animal Control.

9. Officer A. M. Dorman, Montgomery Police Department.

10. Plaintiff reserves the right to call any witness properly identified by Defendants in this litigation;

11. Plaintiff reserves the right to call any witness for rebuttal or impeachment;

12. Plaintiff reserves the right to call any person necessary to authenticate the records, photographs or other exhibits offered at trial by this plaintiff;

13. Plaintiff reserves the right to call any other witnesses revealed as discovery progresses;

14. Plaintiff reserves the right to amend this witness and exhibit list and/or object to any other witnesses designated by the defendants.

## EXHIBITS

1. Certified copy of Nationwide Elite Homeowners Policy No. 77 01 HP 124735.

2. Montgomery Police Department Animal Control Bite Report dated April 13, 2007 concerning M.F. prepared by Officer A.M. Dorman.

3. Montgomery Police Confinement of Animals for Rabies Observation Report dated April 13, 2007, signed by Leo Lacayo and Officer A. M. Dorman.

4. April 16, 2007 correspondence from ACO C.T. Tolliver concerning M.F. incident.

5. July 8, 2006 Montgomery Police Department Animal Control Bite Report concerning Carolyn Stanley.

6. Montgomery Police Department Confinement of Animals for Rabies Observation Report dated July 8, 2006 executed by Leo Lacayo and Officer J.M. Wilson.

7. July 11, 2006 correspondence for ACO C.T. Tolliver of Animal Control concerning Carolyn Stanley incident.

8. Any exhibit listed by any other party and not objected to by this plaintiff;

9. Plaintiff reserves the right to use any exhibits necessary for rebuttal or impeachment.

10. Plaintiff reserves the right to supplement this Witness and Exhibit List as well as the right to object to any exhibits not listed and/or disclosed by defendant.

WHEREFORE, PREMISES CONSIDERED, the plaintiff respectfully requests this Honorable Court to enter an Order compelling Dr. Anthony Drake to respond to the non-party Subpoena.

Respectfully submitted,

/s/ Kori L. Clement
Kori L. Clement (CLEMK5125)
Attorney for Plaintiff
Nationwide Property and Casualty Company

OF COUNSEL:
HARE, CLEMENT & DUCK, P.C.
505 North 20th Street
Suite 1010, Financial Center
Birmingham, Alabama 35203
Telephone: (205) 322-3040
Facsimile: (205) 322-5577
E-mail: clem@harelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the AlaFile or CM/ECF system and/or by First Class U.S. Mail, which will send notification of such filing to the following on this 4th day of August, 2008:

Mr. Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111

M. Wayne Sabel, Esquire
Mark Sabel, Esquire
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106

/s/ Kori L. Clement
OF COUNSEL