IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:07-CV-809-MHT ) |
| LEO LACAYO and M. F., a minor, by and through her Parent and Next Friend, Vicki Flowers, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW the parties in the above-styled cause, by and through their respective counsel of record, and in accordance with the Court's Uniform Scheduling Order respectfully submit their settlement and mediation position statement. In support of said position, the parties' state:

1. Pursuant to the Court's Order to file a written assessment of the possibility of resolving the issues in this cause, the parties conferred, with the exception of Defendant Lacayo who did not respond to requests, to discuss the possibility of utilizing alternative dispute resolutions. The parties determined that mediation at this time would not be beneficial.

2. Additionally, pursuant to the Court's Order, the parties, again without the benefit of defendant Lacayo who did not respond to requests, conferred regarding possible resolution of this matter. The parties were not able to amicably resolve this matter.

        Respectfully submitted,

        /s/ Kori L. Clement
        Kori L. Clement (CLEMK5125)
        Attorney for Plaintiff

OF COUNSEL:
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
Telephone: (205) 322-3040
Facsimile: (205) 322-5577
E-mail: clem@harelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been electronically served upon counsel of record and by placing a copy of same in the United States Mail, properly addressed and postage affixed, to Leo Lacayo, on this the 7th day of August, 2008, as follows:

Mr. Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111

M. Wayne Sabel, Esquire
Mark Sabel, Esquire
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106

        /s/Kori L. Clement
        Of Counsel