IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, ) ) ) Plaintiff, ) ) v. ) ) LEO LACAYO and ) M.F., a minor, by and through her ) Parent and Next Friend, Vicki Flowers, ) ) Defendants. ) | Civil Action No.: 2:07 CV 809-MHT |

## FLOWERS' DEFENDANTS EXHIBIT LIST

COMES NOW M.F., a minor, by and through her Parent and Next Friend, Vicki Flowers [hereinafter "Defendants" or "Flowers' Defendants"] and submits this exhibit list.

1. The insurance policy at issue in this case.

2. Medical records of Defendant M.F.

3. Any exhibit listed by any other party and not objected to by the Flowers' Defendants.

4. All exhibits needed for purposes of impeachment or rebuttal.

5. Defendant reserves the right to supplement this list as well as the right to object to any exhibits not listed and/or disclosed by any other party.

Respectfully submitted this the   8th   day of August, 2008.

/s/ M. Wayne Sabel
M. Wayne Sabel (SAB 002)

/s/ Mark Sabel
Mark Sabel (SAB 004)
Attorneys for Defendant

**OF COUNSEL:**

**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road, Ste. 100-5
Montgomery, Alabama 36106
Telephone:   (334) 271-2770
Facsimile:   (334) 277-2882

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following counsel of record by the Federal Electronic System and by placing a copy of same in the United States Mail, postage prepaid and properly addressed to Defendant Lacayo, this 8th day of August, 2008:

Kori L. Clement, Esq.
Attorney for Plaintiff, Nationwide Property
  And Casualty Company
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
clem@harelaw.com

Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111

/s/ Mark Sabel
Mark  Sabel