IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 2:07 CV 809-MHT |
| LEO LACAYO and ) M.F., a minor, by and through her ) Parent and Next Friend, Vicki Flowers, ) ) | |
| Defendants. ) | |

## FLOWERS' DEFENDANTS WITNESS LIST

COMES NOW M.F., a minor, by and through her Parent and Next Friend, Vicki Flowers [hereinafter "Defendants" or "Flowers' Defendants"] and submits this witness list.

1. Defendant Lacayo

2. The Nationwide agent and representative referenced by Defendant Lacayo in his "Response to Complaint."

3. M.F.

4. Ms. Vicki Flowers, M.F.'s mother

5. Mr. Kenneth Williams, M.F.'s father

6. Barbara Flowers, M.F.'s grandmother

7. Donquise Flowers, M.F.'s brother

8. Defendant Lee Lacayo's family members, including children.

9. Defendant reserves the right to call any witness properly identified by any other party in this litigation.

10. Defendant reserves the right to call any witness for rebuttal or impeachment.

11. Defendant reserves the right to call any person necessary to authenticate or certify the records, medical records, or other exhibits offered at trial.

12. Defendant reserves the right to call any other witnesses revealed during the course of the litigation.

13. Defendant reserves the right to amend this witness list and/or object to any other witnesses designated by any other party.

Respectfully submitted this the  8th  day of August, 2008.

/s/ M. Wayne Sabel
M. Wayne Sabel (SAB 002)

/s/ Mark Sabel
Mark Sabel (SAB 004)
Attorneys for Defendant

**OF COUNSEL:**

**SABEL & SABEL, P.C.**
Hillwood Office Center
2800 Zelda Road, Ste. 100-5
Montgomery, Alabama 36106
Telephone:   (334) 271-2770
Facsimile:    (334) 277-2882

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following counsel of record by the Federal Electronic System and by placing a copy of same in the United States Mail, postage prepaid and properly addressed to Defendant Lacayo, this 8th day of August, 2008:

Kori L. Clement, Esq.
Attorney for Plaintiff, Nationwide Property
   And Casualty Company
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
clem@harelaw.com


Leo Lacayo
3106 Brentwood Drive
Montgomery, Alabama 36111


/s/ Mark Sabel
Mark Sabel