IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NATIONWIDE PROPERTY AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:07cv809-MHT (WO) |
| LEO LACAYO and M.F., a minor, by and through her parent and next friend, Vicki Flowers, | ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court as follows:

(1) It is DECLARED that plaintiff Nationwide
Property and Casualty Company owes coverage to
defendant Leo Lacayo for liability that results
from the attack by defendant Lacayo's pet dog on
defendant M.F. in April 2007 to the extent that

defendant M.F. suffered property damage up to $ 1,000.00.

(2) It is DECLARED that plaintiff Nationwide Property and Casualty Company does not owe coverage to defendant Lacayo for said incident in any other respect.

It is further ORDERED that costs are taxed against plaintiff Nationwide Property and Casualty Company, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of November, 2008.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE